IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24CR224 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| HASSAN AWADA, | ) | MOTION TO TRANSFER RELATED |
| | ) | CASE TO THE DOCKET OF JUDGE |
| Defendant. | ) | BARKER |
| | ) | |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Segev Phillips, Assistant United States Attorney, and moves this Court for an order, pursuant to Local Rule 57.9(b)(3), reassigning this case to the docket of Judge Pamela A. Barker.  This motion is made as related Case Number 1:22CR191, United States v. Sleiman Awada, was assigned to Judge Pamela A. Barker.  This matter charges crimes that are part of the same course of conduct as those involved in Case Number 1:22CR191.  To allow for the expeditious administration of these cases, the government respectfully requests that the Court immediately enter an order transferring this matter to the docket of Judge Pamela A. Barker.

WHEREFORE, the United States respectfully requests that this Court order the instant case transferred to the docket of Judge Pamela A. Barker.

                        Respectfully submitted,

                        REBECCA C. LUTZKO
                        United States Attorney

By:   /s/ Segev Phillips
        Segev Phillips (OH: 0090144)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3877
        (216) 685-2378 (facsimile)
        Segev.Phillips@usdoj.gov